UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIAN DANIEL TARVER,<br><br>Plaintiff,<br><br>v.<br><br>KEITH DEVOS, *et al.*,<br><br>Defendants. | Case No. C26-6232-TL-SKV<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff is a civil detainee at the Special Commitment Center who is proceeding *pro se* in this civil rights action. The Court, having reviewed Plaintiff's application to proceed *in forma pauperis*, hereby finds and ORDERS as follows:

(1) Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give security therefore. Accordingly, Plaintiff's application to proceed *in forma pauperis*, Dkt. 6, is GRANTED.

(2) The Clerk is directed to send a copy of this Order to Plaintiff and to Judge Lin.

Dated this 12th day of November, 2026.

S. KATE VAUGHAN
United States Magistrate Judge